In the Matter of GEORGE I. ROTHMAN and DAVID IRVING, JR., attorneys at law.

Argued March 30, 1953.

For the order: *Mr. Milton T. Lasher.*
For the respondent Rothman: *Mr. Samuel M. Kaufman.*
For the respondent Irving: *Mr. Julius E. Kramer.*

June 8, 1953. Respondents reprimanded. Opinion reported at 12 *N. J.* 528.

In the Matter of WILLIAM H. McNULTY, an attorney at law.

Argued June 22, 1953.

For the order: *Mr. Ellis H. Kopp.*
For the respondent: *Mr. John J. Corcoran, Jr.*

June 22, 1953. Name of respondent stricken from the roll of attorneys at law.